UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>    Plaintiff, )<br>  )<br> v. )<br>  )<br>RANDY NADAL SOBREO, )<br>  )<br>    Defendant. )<br>  )<br>_____ ) | CASE NO.   CR06-57-JPD<br><br>DETENTION ORDER |

I conducted a Bond Revocation hearing. A portion of the hearing was continued to determine whether the defendant was amenable to treatment. On March 1, 2006, the parties conferred with the Court. In the Court's view the defendant is not amenable to treatment and suffers the daily struggle of addiction to methamphetamine. Outpatient treatment is available but not considered adequate given the Defendant's apparent level of addiction.

**It is therefore ORDERED:**

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation

DETENTION ORDER
PAGE -1-

1    with counsel;

2  (3)  On order of a court of the United States or on request of an attorney for the
3       Government, the person in charge of the correctional facility in which
4       Defendant is confined shall deliver the defendant to a United States Marshal
5       for the purpose of an appearance in connection with a court proceeding; and

6  (4)  The clerk shall direct copies of this order to counsel for the United States,
7       to counsel for the defendant, to the United States Marshal, and to the United
8       States Pretrial Services Officer.

9  DATED this 3rd day of March, 2006.

                                           MONICA J. BENTON
                                           United States Magistrate Judge