# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

UNITED STATES of AMERICA,                    )
                                             )
                  Plaintiff,       )
                                             )
       vs.                                )          **CR06-57 JPD**
                                             )
RANDY SOBERO,                                )
                                             )
               Defendant.       )          **MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable

James P. Donohue, United States Magistrate Judge:

The parties have requested a continuation of the sentencing hearing.  The request is

GRANTED.  Sentencing scheduled for Tuesday, August 1, 2006 is hereby stricken, and reset for:

*Tuesday, 31 October 2006 at 11:00am*

The hearing will be heard in Courtroom 12A, U.S. Courthouse, Seattle, Washington.

Dated this 31st day of July , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**