UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RANDY NADAL SOBREO,<br><br>Defendant. | CASE NO. CR06-57 JPD<br><br>BOND REVOCATION AND DETENTION ORDER |

## INTRODUCTION

I conducted a hearing on alleged violations of appearance bond on January 4, 2007. The United States was represented by Michael Lang. The defendant was represented by Cassandra Stamm.

## ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION

USPO Brenda Amundson alleges that Defendant violated the conditions of the bond in five respects:

(1) Failing to appear for a drug test on November 30, 2006, in violation of the special bond condition that he submit to drug and alcohol testing as directed by Pretrial Services;

(2) Failing to appear for drug testing on December 1, 2006, in violation of special bond condition that he submit to drug and alcohol testing as directed by Pretrial Services;

(3) Committing the offense of No Valid Operators License in the City of Seattle on or about October 30, 2006, in violation of the standard condition that he not commit any federal, state or local crimes during his period of release;

(4) Failing to report his law enforcement contact from October 30, 2006 to U.S. Pretrial Services, in violation of the condition which requires him to report any law enforcement contact within one business day; and

(5) Committing the offense of Driving While License Suspended 3rd Degree in the City of Seattle on or about November 21, 2006, in violation of the standard condition that he not commit any federal, state or local crimes during his period of release.

I advised the defendant of these charges and of his constitutional rights. At today's hearing Defendant admitted to violations 1-4, waived any hearing as to whether they occurred, and the Government agreed to dismiss violation # 5. The bond is revoked and defendant shall be detained pending further disposition by the court.

DATED this 4th day of January, 2007.

*[signature]*

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge       : Hon. James P. Donohue
    Assistant U.S. Attorney : Michael Lang
    Defense Attorney       : Cassandra Stamm
    U. S. Probation Officer : Brenda Amundson

BOND REVOCATION AND DETENTION ORDER
PAGE -2-